# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA MARKOWITZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICE, INC<br><br>Defendant.<br>_____ | CASE NO.: SACV 15-1367 AG (DFMx)<br><br>**JUDGMENT** |

Judgment is entered in favor of Defendant and against Plaintiff.

DATED: July 1, 2016

_____
The Honorable Andrew J. Guilford
U.S. District Court Judge